

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-04201-DUTY |
| | |
| LUIS ALBERTO ARAUJO-MONTELLANO | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _the defendant_____, IT IS ORDERED that a detention hearing is set for _February 20_____, 2026_____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
　　　　　　　*(Other custodial officer)*

Dated: _February 17, 2026_____

_/s/ Karen L. Stevenson_
U.S. Magistrate Judge